# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00794-CR

**Basilia Martinez Honeman, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW OF COMAL COUNTY
### NO. 2001CR1955, HONORABLE BRENDA CHAPMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On August 17, 2004, Basilia Martinez Honeman was adjudged guilty of possessing marihuana and sentenced to twenty days in jail. The deadline for perfecting appeal was September 16, 2004. Tex. R. App. P. 26.2(a)(1). On September 21, Honeman filed a document in the trial clerk's office that was treated as a notice of appeal and forwarded to this Court. Assuming this document manifested a desire to appeal, because it was untimely filed we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   January 18, 2005

Do Not Publish